Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,673, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston, Lawrence A. Cohen, James W. Hyde and Henry Jackson Darby, of counsel.

Per curiam.

---

**Francine Frock Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal of Victoria Czislakiewicz, appellant. Gen. No. 29,689.**

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,673, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston, Lawrence A. Cohen, James W. Hyde and Henry Jackson Darby, of counsel.

Per curiam.

---

**Francine Frock Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal of Benjamin Stein, appellant. Gen. No. 29,690.**

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,673, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston, Lawrence A. Cohen, James W. Hyde and Henry Jackson Darby, of counsel.

Per curiam.

---

**Francine Frock Company et al., complainants and appellees, v. Joint Board of Chicago Locals of The International Ladies' Garment Workers' Union et al., defendants, on appeal of Albina Cag, appellant. Gen. No. 29,691.**

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,676, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston, Lawrence A. Cohen and Henry Jackson Darby, of counsel.

Per curiam.

---

**Francine Frock Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal of Valentine Piesecki, appellant. Gen. No. 29,692.**

Contempt for violation of injunction. Appeal from the Superior